**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| | : | |
| Vera D McFarland, | : | |
| | : | |
| | : | Case No. 26-10156 (DJB) |
| Debtor. | : | |

# THE CITY OF PHILADELPHIA'S OBJECTION TO THE PROPOSED CHAPTER 13 PLAN

TO THE HONORABLE DEREK J. BAKER:

AND NOW, comes the City of Philadelphia, (the "City"), a secured creditor in the above-captioned case, by and through its Counsel, Pamela Elchert Thurmond, Senior Attorney, pursuant to Bankruptcy Code §§ 506(b), 1325(a)(5), and L.B.R. 3015-4, to object to the proposed Chapter 13 plan (the "Plan"), of the above-captioned debtor, (the "Debtor"). The City avers the following in support thereof:

1. On January 15, 2026, the Debtor filed a voluntary petition for Chapter 13 bankruptcy with this Court.

2. On January 15, 2026, the Debtor filed a list of all real properties owned by them, which included the properties located at 6153 Catharine Street, Philadelphia PA 19143 (the "Subject Property"). A copy of the Debtor's Schedule A/B is attached hereto as Exhibit A.

3. The Debtor values the Subject Property at One Hundred Twenty-Four Thousand Dollars ($124,00.00). See Exhibit A.

4. On August 14, 2026, the City filed secured claim amounting to Five Thousand Two Hundred Thirty-Two Dollars and Three Cents ($5,232.03) for unpaid water sewer charges (the "Water/Sewer Claim") owed by the Debtor to the City at the subject property. See Exhibit B.

5. On August 14, 2026, the Debtor filed the Plan, which provides for a total payment in the amount of Five Hundred Dollars ($500.00). However, the city filed a secured "Water/Sewer Claim" amounting to ($5,232.03) as detailed in paragraph 4. See Exhibit C.

6. As neither the Debtor nor another party in interest has objected to the Water/Sewer Claim, as it is deemed allowed. See 11 U.S.C. § 502(a).

7. The Plan should not be confirmed as it fails to adequately specify the correct payment for the Water/Sewer Claim. See 11 U.S.C. §§ 506(b), 1325(a)(5)(B)(ii).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: August 19, 2026

By: */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov

**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| | : | |
| Vera D McFarland, | : | |
| | : | |
| | : | Case No. 26-10156 (DJB) |
| Debtor. | : | |

* * * * * * *

**CERTIFICATION OF SERVICE**

I, */s/ Pamela Elchert Thurmond*, certify that on August 19, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- The City of Philadelphia's Objection to The Proposed Chapter 13 Plan
- Exhibit A, Debtor's Schedule A/B, filed July 9, 2026.
- Exhibit B, City of Philadelphia's Proof of Claim, filed January 15, 2026.

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: August 19, 2026

By: */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: KENNETH E. WEST
Address: Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West – Suite 701
Philadelphia, PA 19106
Relationship of Party: Chapter 13 Trustee
Via: CM/ECF (circled) 1st Class Mail Certified Mail e-mail: Other:

Name: UNITED STATES TRUSTEE
Address: Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street – Suite 320
Philadelphia, PA 19107
Relationship of Party: United States Trustee
Via: CM/ECF (circled) 1st Class Mail Certified Mail e-mail: Other:

Name: BRAD J. SADEK
Keaveney Legal Group, LLC
Address: 1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
Relationship of Party: Debtor's Counsel of Record
Via: CM/ECF (circled) 1st Class Mail Certified Mail e-mail: Other:

Name: Vera D McFarland
Address: 6153 Catharine Street
Philadelphia, PA 19143
Relationship of Party:
Via: CM/ECF 1st Class Mail (circled) Certified Mail e-mail: Other:

Name:
Address:
Relationship of Party:
Via: CM/ECF 1st Class Mail Certified Mail e-mail: Other:

Name:
Address:
Via: CM/ECF 1st Class Mail Certified Mail e-mail: Other: